IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT EXLER, | ) |
| | ) C.A. No. 2-13-cv-00043-GLL |
| Plaintiff, | ) |
| | ) |
| v. | ) JURY TRIAL DEMANDED. |
| | ) |
| MUNICIPAL AUTHORITY OF HARMAR TOWNSHIP a/k/a HARMAR WATER AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against Defendant in the above-captioned action be dismissed with prejudice.

_____
Stephen M. Farino, Esquire
PA I.D. No. 69210
S. Louis Farino, Esquire
PA I.D. No. 11623
One Oxford Centre
301 Grant Street, Suite 830
Pittsburgh, PA 15219
*Counsel for Plaintiff*

Respectfully submitted,

_____
Jeffrey D. Truitt, Esquire
PA I.D. No. 309037
Thomas, Thomas & Hafer LLP
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219
*Counsel for Defendant*

### ORDER

AND NOW, this ___6th___ day of ___Feb.___, 2013, IT IS SO ORDERED.

_____
United States District Judge

1225175.1